IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
AUG 3 1 2017

FRANK H. MAIER, JR. and
BLANCHETTE C. MAIER,

      Plaintiffs

v.

BELFOR USA GROUP, INC.,

      Defendant

CIVIL ACTION NO.
1:14-CV-3906-ODE

ORDER

This negligence and breach of contract action is presently before the Court on its own motion and on a non-consent motion to dismiss with prejudice filed by Defendant Belfor USA Group, Inc. ("Belfor") [Doc. 257]. For the reasons stated below, this case is hereby dismissed with prejudice.

On July 21, 2017 a jury trial was specially set to commence on Wednesday, August 23, 2017 [Doc. 250]. On August 11, counsel for both sides reported to U.S. Magistrate Judge Catherine M. Salinas (who had presided over mediation) that they had settled of the case. This development was in turn related to the undersigned's courtroom deputy. As of August 21, 2017 no dismissal papers had been filed with the Clerk.

This Court set a hearing for Wednesday, August 23, at 2:00 p.m., directing counsel to appear and put on the record the terms of the settlement. On August 23, counsel appeared and advised that they had in fact agreed to a full settlement of all claims (both Plaintiffs' claims and Defendant's claims) which were to be dismissed with prejudice; also, both sides had agreed to pay their own costs and to pay their own attorneys' fees.

Counsel for both sides had also negotiated the terms of a formal settlement agreement which was slightly broader than the "walkaway" deal previously announced. However, Plaintiff Blanchette Maier had not yet signed that settlement agreement and might choose not to do so. Plaintiffs' counsel requested that Plaintiffs be given until 10:00 a.m. on Friday, August 25, to file that settlement agreement; the undersigned agreed to that request. Also on August 23 Defendant filed a Motion for Dismissal with Prejudice, asking that the Court dismiss this case with prejudice if the signed settlement agreement had not been filed by August 25 at 10:00 a.m.

On August 25 at 9:17 a.m. counsel for Plaintiffs sent an email to the undersigned's courtroom deputy and to other counsel stating: "As a follow up to the status conference from Wednesday, I am writing to inform the Court that the parties will not be signing a formal settlement agreement. Pursuant to the Court's direction on Wednesday, we understand the Court will enter an order of dismissal of the case."

All claims of both sides having been settled by the parties all such claims are hereby DISMISSED WITH PREJUDICE. Each side to bear its own costs and attorneys' fees. The Court acts on its own motion to enforce the settlement announced on August 11, 2017; it also GRANTS Defendant's Motion to Dismiss [Doc. 257].

SO ORDERED, this 31 day of August, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE